# In the United States District Court For the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| JAMES DANIELSGALE, | * | |
| Movant, | * | CIVIL ACTION NO.: 2:16-cv-36 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:15-cr-4) |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 9, to which Movant James Danielsgale ("Danielsgale") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Danielsgale's 28 U.S.C. § 2255 Motion and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal. The Court **DENIES** Danielsgale *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 9 day of November, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA